IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                              CHAPTER 13

EVELYN GREEN                                        CASE NO.: 13-83411-JAC-13
SSN: xxx-xx-7661

Debtor,

## DEBTOR'S SUBMISSION OF PRE-CONFIRMATION AMENDMENT TO CHAPTER 13 BANKRUPTCY PLAN

COMES NOW the Debtor, EVELYN GREEN, and hereby amends her Chapter 13 Bankruptcy Plan Pre-Confirmation to provide as follows:

1. To add under "other provisions" the following:

(3) Kirby vacuum cleaning system to be surrendered to United Consumer Financial Services – stay to lift on the vacuum cleaning system upon confirmation.

2. To add the statement under (1) of "other provisions" the following: "Student loans are currently in deferred status".

3. All other provisions of the previously submitted plan remain unchanged. The Amended Chapter 13 Plan Summary is attached hereto which the Debtor prays would be ratified and confirmed by this Honorable Court.

/s/ Evelyn Green
EVELYN GREEN, Debtor


/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.
Attorney for Debtor
908-C North Memorial Parkway
Huntsville, AL 35801
Phone: (256) 533-5097

## CERTIFICATE OF SERVICE

    I, G. John Dezenberg, Jr., do hereby certify that I have this day served a copy of the above and foregoing instrument, by placing copies of same in the U. S. Mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Maritza Moore, Claim Signatory | Hon. L.B. Gore, Trustee |
| United Consumer Financial Services | PO Box 2388 |
| c/o Bass & Associates, PC | Decatur, AL 35602 |
| 3936 E. Ft. Lowell, Ste 200 | |
| Tucson, AZ 85712 | |

And to all parties listed on the Debtor's Mailing Matrix as attached hereto.

THIS 10th day of January, 2014.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.

AMENDED CHAPTER 13 PLAN

Case No.: 13-83411

Debtor(s): **Evelyn Green**   SS#: **xxx-xx-7661**   Net Monthly Earnings: **286.29**
   SS#:   Number of Dependents: **0**

1. Plan Payments:
   ( ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **Huntsville Metro Treatment Center** for
   $ **286.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **17,160.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **2,250.00** ; $ **0.00** paid pre-petition; $ **303.00** to be paid at confirmation and $ **101.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Bank of America Home Loans | $73,983.42 | ☐ by Trustee ☒ by Debtor $496.00 | 12/2013 | $4,992.00 | 9 | 5.30% | $95.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Fifth Third Bank | $61.00 | $6,365.00 | $6,100.00 | $265.00 | 2009 Kia Spectra | 5.25% | $162.00 | Month 23 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
   ☐ This is an original plan.
   ☒ This is an amended plan replacing plan dated **11/6/13**.
   ☒ This plan proposes to pay unsecured creditors **pro rata** %.
   ☒ Other Provisions:
   (1) Student Loans to be paid by Debtor direct - not through plan. Student Loans are currently in deferred status.
   (2) Liquidation Test = $82,700.00 - $73,983.00 mortgage - $8,270.00 costs of liquidation - $5,000.00 homestead = no equity.
   (3) Kirby vacuum cleaning system to be surrendered to United Consumer Financial Services - stay to lift on the vacuum cleaning system upon confirmation.
   (4) From the plan payments received, the Trustee shall first pay any unpaid filing fees and administrative costs, except attorney fees. From the remaining balance, the required adequate protection payment(s) shall be paid at the earliest possible time, with the balance going toward paying attorney fees until paid in full. When these costs have been paid, the Trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the Trustee shall then be distributed pro rata to properly filed unsecured claims.

Attorney for Debtor Name/Address/Telephone #   Date **1/10/14**   /s/ Evelyn Green
**G. John Dezenberg, Jr. ASB-3786-R78G**     **Evelyn Green**
**908-C North Memorial Pkwy**     Signature of Debtor
**Huntsville, AL 35801**
Telephone # **256-533-5097**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 13-83411-JAC13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Fri Jan 10 11:36:20 CST 2014 | BANK OF AMERICA, N.A.<br>C/o Cynthia W. Williams, Esq<br>100 Concourse Parkway, Ste 125<br>Birmingham, AL 35244-2878 | United Consumer Financial Serv.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 |
| U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | 1st Franklin Financial<br>PO Box 11245<br>Madison, AL 35758 | Allied Interstate, LLC<br>PO Box 361563<br>Columbus, OH 43236-1563 |
| Bank of America Home Loans<br>PO Box 650070<br>Dallas, TX 75265-0070 | (p)BETA FINANCE CO INC<br>8450 BROADWAY<br>MERRILLVILLE IN 46410-6221 | Couch, Conville, and Blitt<br>1450 Poydras St. Ste 2200<br>New Orleans, LA 70112-2253 |
| Deutsche Bank ELT Academic Loan Group Inc<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243-4652 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| GE Capital Retail Bank/Stein Mart<br>PO Box 965005<br>Orlando, FL 32896-5005 | GLELSI / Sallie Mae<br>PO Box 7860<br>Madison, WI 53707-7860 | Great Lakes Educational Loan Svcs<br>2401 International Lane<br>Madison, WI 53704-3192 |
| Holloway & Moxley LLP<br>PO Box 4953<br>Montgomery, AL 36103-4953 | Legal Shield Anderson Law Group<br>1 Pre-Paid Way<br>Ada, OK 74820-5813 | NES<br>29125 Solon Rd.<br>Solon, OH 44139-3442 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | REGIONAL MANAGEMENT CORPORATION<br>PO BOX 776<br>MAULDIN, SC 29662-0776<br>(864) 546-3404 | Regional Finance of Huntsville<br>4925 University Drive<br>Huntsville, AL 35816-1886 |
| Republic Finance Bankruptcy Center<br>7535 Airways Blvd Ste 210<br>Southaven, Ms 38671-5809 | Republic Finance, LLC<br>930 Old Monrovia Rd., Ste. 6<br>Huntsville, AL 35806-2509 | Rubin Lublin, LLC<br>100 Concourse Parkway, Ste 125<br>Birmingham, AL 35244-2878 |
| US Department of Ed/GLEL<br>PO Box 7860<br>Madison, WI 53707-7860 | US Department of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | United Consumer Financial<br>PO Box 856290<br>Louisville, KY 40285-6290 |
| United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Evelyn Green<br>120 Carillo Lane<br>Toney, AL 35773-5726 | G. John Dezenberg Jr.<br>908-C N Memorial Parkway<br>Huntsville, AL 35801-5813 |

L. B. Gore
Interim Trustee
P.O. Box 2388
Decatur, AL 35602-2388

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Beta Finance Co., Inc.
PO Box 660232
Indianapolis, IN 46266

Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263-0778

Portfolio Recovery Associates, LLC
P.O.Box 12903
Norfolk, VA 23541

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30